**Opinion issued July 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-25-00189-CV

———————————————

**FELIPE D. MEDRADO AND JOHN OWENS, Appellants**

**V.**

**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, Appellee**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2023-67970

## MEMORANDUM OPINION

Appellants Felipe D. Medrado and John Owens filed notices of appeal challenging the trial court's February 24, 2025 interlocutory order granting summary judgment in favor of appellee Allstate Fire & Casualty Insurance Company. On May 27, 2025, appellants filed a motion to dismiss their appeal because the parties have

settled their differences. Although appellants asserted that the motion was unopposed, appellants provided no certificate of conference or other proof that appellee was unopposed to dismissal. The Court held this motion for ten days to permit appellee to respond, but no response was received. *See* TEX. R. APP. P. 10.3(a).

We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.